IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., | ) ) ) | CV 13-00063 JMS RLP |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| DYNAMIC INTERIORS, LLC, | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 09, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiffs' Motion For Default Judgment Against

///

///

///

///

///

///

Defendant Dynamic Interiors, LLC" are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, July 30, 2013.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge